IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LINDA RISBY,

    Petitioner,

vs.                                                          5:04-CV-358-SPM

JOSE BARRON, Warden,

    Respondent.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 13) filed July 15, 2005.  The parties have been furnished a copy and have been afforded an opportunity to file objections.  No objections were filed.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.     The magistrate judge's report and recommendation (doc. 13) is adopted and incorporated by reference in this order.

2. The amended petition for writ of habeas corpus (doc. 5) is *denied*.

3. This case is *dismissed with prejudice*.

**DONE AND ORDERED** this twenty-second day of August, 2005.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge

/pao